UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABRINA CRAWFORD,

Plaintiff,

v.

CASE NO. 8:25-cv-02354-SDM-AAS

COMMISSIONER OF SOCIAL SECURITY,

Defendant,

___________________________________/

**ORDER**

The plaintiff sues (Doc. 1) under 42 U.S.C. § 405(g) for review of a decision of the Commissioner of Social Security and argues (Doc. 14) for reversal. The commissioner responds (Doc. 17) in opposition. In a well-reasoned report (Doc. 19), the magistrate judge recommends affirming the commissioner's decision. The plaintiff objects (Doc. 20). The objection (Doc. 20) is **OVERRULED**, the report and recommendation (Doc. 19) is **ADOPTED**, and the commissioner's decision is **AFFIRMED**. The clerk must enter judgment for the commissioner and against the plaintiff and close the case.

**ORDERED** in Tampa, Florida, on July 29, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE